IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFERS FARMS, INC., | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | NO. 20-5475 |
| v. | : | |
| | : | |
| LIBERTY INSURANCE | : | |
| UNDERWRITERS, INC., et al., | : | |
| *Defendants*. | : | |

## ORDER

AND NOW, this 30th day of September, 2021, upon consideration of Defendant Liberty Insurance Underwriters Inc.'s Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 5), Plaintiff Jeffers Farms, Inc.'s Response in Opposition (ECF No. 9), and Defendant's Reply Brief in Support of its Motion to Dismiss (ECF No. 13), and for the reasons stated in the Court's accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and the claims set forth in Plaintiff's Complaint are **DISMISSED** without prejudice. Plaintiff is granted leave to file an amended complaint within sixty (60) days of the date of this Order.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.